# United States Court of Appeals

## For the First Circuit

No. 19-1937

CRISTIAN AGUASVIVAS,

Petitioner, Appellee,

v.

MICHAEL POMPEO, U.S. Secretary of State; JEFFREY ROSEN, Acting
U.S. Attorney General;* JOHN GIBBONS, U.S. Marshal for the
District of Massachusetts; WING CHAU, U.S. Marshal for the
District of Rhode Island; DANIEL MARTIN, Warden, Wyatt Detention
Facility,

Respondents, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on January 7, 2021, is
amended as follows:

On page 5, footnote 2, line 7 of the footnote, change
"property" to "proper"

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c)(2),
Acting Attorney General Jeffrey Rosen has been substituted for
former Attorney General William P. Barr.